**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| ERVIN MARION,                    ) | |
|                                  ) | |
|     Plaintiff,                   ) | |
|                                  ) | No.  3:10-cv-3131-CMC |
|     vs.                          ) | |
|                                  ) | |
| NATIONWIDE CREDIT, INC.,         ) | **STIPULATION OF DISMISSAL** |
|                                  ) | |
|     Defendant.                   ) | |

Now come the Plaintiff, ERVIN MARION, and the Defendant, NATIONWIDE CREDIT, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

/s/ James M. Ervin
James M. Ervin
Attorney for Plaintiff
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC  29072
(888) 493-0770, ext. 308 (phone)
 (866) 551-7791 (facsimile)
James@LuxenburgLevin.com

/s/  Brendan P. Langendorfer
Mr. Brendan P. Langendorfer
Attorney for Defendnat
Finkel Law Firm LLC
P.O. Box 225
Charleston SC 29402
(843) 577-5460 (phone)
(843) 577-5135 (fax)
blangendorfer@finkellaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 23, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ James M. Ervin
James M. Ervin
Attorney for Plaintiff
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC  29072
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com